# In the United States Court of Federal Claims

Robert Edwin Kay )
)
)
)
          Plaintiff(s),  )   Case No. __20-829T__
)
v.  )   Judge _____
)
THE UNITED STATES,  )
)
          Defendant.  )
)

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

   **Defendant performed a taking of money from Plaintiff without jurisdiction, See Exhibit "A"**

2. **PARTIES**

Plaintiff, Robert Edwin Kay, resides at 6160 Warren Pkwy, #100
(Street Address)

Frisco, Texas, 75034 , (903) 431-8729
(City, State, ZIP Code)            (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

n/a

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?  ◯ Yes ⦿ No

If yes, please list the case(s) below, including case number(s):

3. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

Defendant performed a taking of money from Plaintiff without jurisdiciton, See Exhibit "A"

4. **RELIEF.** Briefly state exactly what you want the court to do for you.

Refund of all monies taken by Defendant from Plaintiff without jurisdiction in the amount certain of ($250,000.00) Two Hundred Fifity Thousand and No/100

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6th__ day of __June__, __2020__.
        (day)            (month)        (year)

_____
Signature of Plaintiff(s)

First Class U.S. Mail Fully Pre-Pai
Statutory Non- Domestic ra
12 Stat at Law, Ch. 71, Sec
Federal Offense to Collecti
Additional postage 18 USC §1

First Class U.S. Mail Fully Pre-Pai
Statutory Non-Domestic rate,
12 Stat at Law, Ch. 71, Sec 23
Federal Offense to Collect addition
18 USC §1726

Clerk and Special Master
U.S. Court of Federal Claims
717 Madison Pl NW,
Washington, DC 20439
United S

Robert Edwin Kay
6160 Warren Parkway, Box 100
Frisco, Texas EXEMPT
DMM 602 1.3e (2)
United States of America

OFFICE OF THE PATRIARCH

RECEIVED
JUL - 6 2020
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Robert Edwin Kay
vs.
The United States